UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/21
```

Kevin Davis,

          Plaintiff,

–v–

Agropec Trading, LLC,

          Defendant.

21-cv-5863 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Per this Court's order dated September 9, 2021, the parties were to submit a joint letter and proposed case management plan by October 6, 2021 ahead of the initial pretrial conference scheduled for October 15, 2021 at 3:00 p.m. Dkt. No. 12. The Court is not in receipt of the parties' papers. The parties are ORDERED to submit a joint letter and proposed case management plan in accordance with Dkt. No. 12 on or before October 11, 2021. The joint letter must **advise the Court if the parties can do without a conference altogether.**

    SO ORDERED.

Dated: October 7, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge