IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2022

**KEVIN DAVIS, on behalf of himself and all others similarly situated,**

                Plaintiff,

-v-

**AGROPEC TRADING, LLC,**

                Defendant.

Civil Case Number:  1:21-cv-05863-AJN

## ~~[PROPOSED]~~ DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' February 28, 2022 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-05863-AJN**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS**  28th **day of**  February  **2022.**

_____
HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE